UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ELBA DELACRUZ                                         :

        Plaintiff,           :        ORDER

   -v.-                                              :
                                                              22 Civ. 1199 (VSB) (GWG)
MOUNT SINAI BROOKLYN,                    :

        Defendant.        :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The settlement conference is adjourned to June 13, 2023 at 2:30 p.m. All other provisions of Docket # 29 remain in effect. Submissions are due June 7, 2023.

      SO ORDERED.

Dated: June 1, 2023
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge