UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                   :

ELBA DELACRUZ,                          :
                                   :

                  Plaintiff,    :
                                   :          22-CV-1199 (VSB)

             -against-      :
                                   :             **ORDER**

MOUNT SINAI BROOKLYN,     :
                                   :

                 Defendant.   :
                                   :
------------------------------------------------------------ X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      On June 21, 2023, I ordered the parties to appear for a post-discovery telephonic hearing on August 31, 2023 at 2:00 PM, using the dial-in 1-888-363-4749 and the access code 2682448 (Docs. 25, 27, 34.)  It is hereby

      ORDERED that the hearing is now rescheduled for August 30, 2023 at 11:00 AM.

SO ORDERED.

Dated:    August 18, 2023
           New York, New York

                                   _____
                                   VERNON S. BRODERICK
                                   United States District Judge